CRAWFORD, Judge
(concurring in the result):
I agree with the affirmance of the findings and sentence. I dissociate myself, however, from this Court’s analysis of appellate delay. This Court’s analysis and conclusion are based on a prospective rule set forth in United States v. Allison, 63 M.J. 365 (C.A.A.F.2006) (citing United States v. Moreno, 63 M.J. 129 (C.A.A.F.2006)), and its misapplication of the Barker v. Wingo, 407 U.S. 514, 92 S.Ct. 2182, 33 L.Ed.2d 101 (1972), test. See Moreno, 63 M.J. at 144 (Crawford, J., concurring in part and dissenting in part).